UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COLBY HUTTON, on his own behalf and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PAPA JOHN'S USA, INC.,<br><br>Defendant. | No. No. 2:25-cv-19222<br><br>DEFENDANT'S FED. R. CIV. P. 7.1 & LCR 7.1 CORPORATE DISCLOSURE STATEMENT |

Pursuant to Rule 7.1(a) and LCR 7.1, Defendant Papa John's USA, Inc. states that it is 100% owned by Papa John's International, Inc., which is a publicly traded entity. The following publicly held corporation owns 10% or more of Papa John International, Inc.'s stock: BlackRock, Inc.

Papa John's USA, Inc. is a corporation organized under the laws of the state of Kentucky with its principal place of business in Kentucky. Therefore, Papa John's USA, Inc. is a citizen of Kentucky.

//

//

DEF.'S CORPORATE
DISCLOSURE STATEMENT - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1 | DATED this 3rd day of October, 2025.

Davis Wright Tremaine LLP

By *s/ Rachel Herd*
    Lauren B. Rainwater, WSBA #43625
    Rachel Herd, WSBA #50339
    Caitlyn Courtney, WSBA #62344
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: 206-622-3150
E-mail: laurenrainwater@dwt.com
E-mail: rachelherd@dwt.com
E-mail: caitlyncourtney@dwt.com

*Attorneys for Defendant*
*Papa John's USA, Inc.*

DEF.'S CORPORATE
DISCLOSURE STATEMENT - 2

# **CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of October, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system and I hereby certify that a copy was emailed and mailed by United States Postal Service to the following counsel.

| | |
|---|---|
| Walter Smith, WSBA #46695<br>SMITH & DIETRICH LAW OFFICES PLLC<br>1226 State Avenue, N.E., Suite 205<br>Olympia, WA 98506<br>Tel.: 360-915-6952<br>E-mail: walter@smithdietrich.com<br><br>Lynn A. Toops, *pro hac vice* forthcoming<br>Natalie A. Lyons, *pro hac vice* forthcoming<br>Ian R. Bensberg, *pro hac vice* forthcoming<br>COHENMALAD, LLP<br>One Indiana Square, Suite 1400<br>Indianapolis, IN 46204<br>Tel.: 317-636-6481<br>E-mail: ltoops@cohenmalad.com<br>E-mail: nlyons@cohenmalad.com<br>E-mail: ibensberg@cohenmalad.com | J. Gerard Stranch, IV, *pro hac vice* forthcoming<br>Michael C. Tackeff, *pro hac vice* forthcoming<br>STRANCH, JENNINGS & GARVEY, PLLC<br>223 Rosa L. Parks Avenue, Suite 200<br>Nashville, TN 37203<br>Tel.: 615-254-8801<br>E-mail: gstranch@stranchlaw.com<br>E-mail: mtackeff@stranchlaw.com<br><br>Samuel J. Strauss, WSBA #46971<br>Raina C. Borrelli, *pro hac vice* forthcoming<br>STRAUSS BORRELLI, LLP<br>980 N. Michigan Avenue, Suite 1610<br>Chicago, IL 60611<br>Tel.: 872-263-1100<br>E-mail: sam@straussborrelli.com<br>E-mail: raina@straussborrelli.com |

*Attorneys for Plaintiff*

DATED this 3rd day of October, 2025.

*s/ Rachel Herd*
Rachel Herd, WSBA #50339

DEF.'S CORPORATE
DISCLOSURE STATEMENT - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax