The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COLBY HUTTON, on his own behalf and on behalf of others similarly situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>PAPA JOHN'S USA, INC.,<br><br>　　　　　　　　　Defendant. | No. 2:25-cv-01922-KKE<br><br>STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT<br><br>NOTE ON MOTION CALENDAR: October 10, 2025 |

## **STIPULATION**

Pursuant to Local Civil Rule 10(g), Plaintiff Colby Hutton ("Plaintiff") and Defendant Papa John's USA, Inc. ("Papa John's") hereby stipulate and agree, subject to the Court's approval, as follows:

1.　On September 2, 2025, Plaintiff filed his Complaint in the Superior Court for Snohomish County, Case No. 25-2-07959-31. Dkt. 1, Ex. B.

2.　Plaintiff served the Summons and Complaint on Papa John's registered agent on September 5, 2025. Dkt. 1, Ex. A.

3.　On October 3, 2025, Papa John's removed the above-captioned case to this Court.

4.　Absent an extension, Papa John's' deadline to respond to the Complaint is October 10, 2025. *See* Fed. R. Civ. P. 81(c)(2)(C).

STIPULATED MOTION TO EXTEND TIME TO
RESPOND TO COMPLAINT (2:25-cv-01922-KKE) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

5. To allow time for counsel to familiarize itself with this matter and investigate the allegations of the Complaint, the Parties agree and stipulate (subject to Court approval) to extend the deadline for Papa John's to respond to the Complaint up to, and including, November 14, 2025.

6. The Parties also agree and stipulate (subject to Court approval) that Plaintiff shall have up to and including December 5, 2025, to file any opposition that might be required.

7. The Parties also agree and stipulate (subject to Court approval) that Defendant shall have up to and including December 19, 2025, to file any reply to Plaintiff's opposition.

8. The Parties agree that good cause exists under Federal Rule of Civil Procedure 6(b) to extend the Parties' deadlines as set forth herein. Good cause exists to extend the deadline to respond to the Complaint in order to provide Papa John's additional time to consider the issues presented in the Complaint and for the parties to engage in the necessary meet and confer process required by the Court prior to the filing of any motion that may be dispositive in whole or part of the Complaint.

9. Except for the extension request described above, the Parties have not sought or obtained any prior extensions of time in this matter.

STIPULATED MOTION TO EXTEND TIME TO
RESPOND TO COMPLAINT (2:25-cv-01922-KKE) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

IT IS SO STIPULATED.

DATED this 10th day of October, 2025.

| | |
|---|---|
| SMITH & DIETRICH LAW OFFICES PLLC | DAVIS WRIGHT TREMAINE LLP |
| By: *s/ Walter Smith* <br> Walter Smith, WSBA #46695 <br> 1226 State Avenue, N.E., Suite 205 <br> Olympia, WA 98506 <br> Telephone: 360-915-6952 <br> walter@smithdietrich.com | By: *s/ Rachel Herd* <br> Lauren B. Rainwater, WSBA #43625 <br> Rachel Herd, WSBA #50339 <br> Caitlyn Courtney, WSBA #62344 <br> 920 Fifth Avenue, Suite 3300 <br> Seattle, WA 98104-1610 <br> Telephone: 206-622-3150 <br> laurenrainwater@dwt.com <br> rachelherd@dwt.com <br> caitlyncourtney@dwt.com |
| STRAUSS BORRELLI, LLP <br> Samuel J. Strauss, WSBA #46971 <br> Raina C. Borrelli, *pro hac vice* forthcoming <br> 980 N. Michigan Avenue, Suite 1610 <br> Chicago, IL 60611 <br> sam@straussborrelli.com <br> raina@straussborrelli.com | *Attorneys for Defendant* <br> *Papa John's USA, Inc.* |

COHENMALAD, LLP
Lyn A. Toops, *pro hac vice* forthcoming
Natalie A. Lyons, *pro hac vice* forthcoming
Ian R. Bensberg, *pro hac vice* forthcoming
One Indiana Square, Suite 1400
Indianapolis, IN 46204
ltoops@chenmalad.com
nlyons@chenmalad.com
ibensberg@chenmalad.com

STRANCH, JENNINGS & GARVEY, PLLC
J. Gerard Stranch, IV, *pro hac vice* forthcoming
Michael C. Tackeff, *pro hac vice* forthcoming
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
gstranch@stranchlaw.com
mtackeff@stranchlaw.com

*Attorneys for Plaintiff*
*Colby Hutton*

---

STIPULATED MOTION TO EXTEND TIME TO
RESPOND TO COMPLAINT (2:25-cv-01922-KKE) - 3

# **[PROPOSED] ORDER**

For good cause shown, the Court GRANTS the Parties' stipulated motion and hereby extends the time for Papa John's to respond to the Complaint through and including November 14, 2025. Plaintiff shall have up to and including December 5, 2025, to file any opposition that might be required, and Papa John's shall have up to and including December 19, 2025, to file any reply to Plaintiff's opposition.

IT IS SO ORDERED this ____ day of October, 2025.

_____
Honorable Kymberly K. Evanson
United States District Judge

Presented by:

| | |
|---|---|
| SMITH & DIETRICH LAW OFFICES PLLC<br>Walter Smith, WSBA #46695<br>1226 State Avenue, N.E., Suite 205<br>Olympia, WA 98506<br>walter@smithdietrich.com<br><br>STRAUSS BORRELLI, LLP<br>Samuel J. Strauss, WSBA #46971<br>Raina C. Borrelli, *pro hac vice* forthcoming<br>980 N. Michigan Avenue, Suite 1610<br>Chicago, IL 60611<br>sam@straussborrelli.com<br>raina@straussborrelli.com<br><br>COHENMALAD, LLP<br>Lyn A. Toops, *pro hac vice* forthcoming<br>Natalie A. Lyons, *pro hac vice* forthcoming<br>Ian R. Bensberg, *pro hac vice* forthcoming<br>One Indiana Square, Suite 1400<br>Indianapolis, IN 46204<br>ltoops@chenmalad.com<br>nlyons@chenmalad.com<br>ibensberg@chenmalad.com | DAVIS WRIGHT TREMAINE LLP<br>Lauren B. Rainwater, WSBA #43625<br>Rachel Herd, WSBA #50339<br>Caitlyn Courtney, WSBA #62344<br>920 Fifth Avenue, Suite 3300<br>Seattle, WA 98104-1610<br>Telephone: 206-622-3150<br>laurenrainwater@dwt.com<br>rachelherd@dwt.com<br>caitlyncourtney@dwt.com<br><br>***Attorneys for Defendant***<br>***Papa John's USA, Inc.*** |

STIPULATED MOTION TO EXTEND TIME TO
RESPOND TO COMPLAINT (2:25-cv-01922-KKE) - 4

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

STRANCH, JENNINGS & GARVEY, PLLC
J. Gerard Stranch, IV, *pro hac vice* forthcoming
Michael C. Tackeff, *pro hac vice* forthcoming
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
gstranch@stranchlaw.com
mtackeff@stranchlaw.com

*Attorneys for Plaintiff Colby Hutton*

STIPULATED MOTION TO EXTEND TIME TO
RESPOND TO COMPLAINT (2:25-cv-01922-KKE) - 5

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax