UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COLBY HUTTON,<br><br>                Plaintiff(s),<br>     v.<br><br>PAPA JOHN'S USA, INC.,<br><br>                Defendant(s). | CASE NO. C25-1922-KKE<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT AND DENYING MOTION TO DISMISS ORIGINAL COMPLAINT AS MOOT |

      This matter comes before the Court on the Parties' stipulated motion to extend time for Defendants to respond to Plaintiff's First Amended Complaint. Dkt. No. 19. For good cause shown, the Court GRANTS the Parties' stipulated motion and hereby extends the time for Papa John's USA, Inc. and Papa John's International, Inc. (collectively, "Papa John's Defendants") to respond to the First Amended Complaint through and including January 26, 2026. Plaintiff shall have up to and including February 23, 2026, to file any opposition that might be required, and the Papa John's Defendants shall have up to and including March 10, 2026, to file any reply to Plaintiff's opposition.

      Because the First Amended Complaint completely supersedes the original complaint, Defendants' motion to dismiss the original complaint (Dkt. No. 15) is DENIED as moot. *See Lacey v. Maricopa Cnty.*, 693 F.3d 896, 927 (9th Cir.2012) (en banc) (recognizing "the general rule ... that an amended complaint supercedes [sic] the original complaint and renders it without legal effect"). The clerk is directed to terminate the motion at Dkt. No. 15.

ORDER GRANTING STIPULATED MOTION TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT AND DENYING MOTION TO DISMISS ORIGINAL COMPLAINT AS MOOT - 1

Dated this 18th day of December, 2025.

*Kymberly K. Evanson*

Kymberly K. Evanson
United States District Judge