The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

COLBY HUTTON, on his own behalf and on behalf of others similarly situated,

Plaintiff,

and

STATE OF WASHINGTON,

Proposed Plaintiff-Intervenor,

v.

PAPA JOHN'S USA, INC., PAPA JOHN'S INTERNATIONAL, INC.,

Defendants.

NO. 2:25-cv-01922-KKE

STATE OF WASHINGTON'S STIPULATED MOTION AND ORDER RE INTERVENTION UNDER FED. R. CIV. P. 5.1 AND 28 U.S.C. § 2403(b) AND SETTING BRIEFING DEADLINES

Note for Motion Calendar:
February 26, 2026

Proposed Plaintiff-Intervenor the State of Washington respectfully requests that the Court grant its intervention as a matter of right in the above-captioned matter for the limited purpose of defending the constitutionality of the Washington Commercial Electronic Mail Act (CEMA), Wash. Rev. Code § 19.190.060. Defendants Papa John's USA, Inc.'s and Papa John's International, Inc.'s Motion to Dismiss (Dkt. 22) argues that CEMA violates the dormant Commerce Clause and is preempted by federal law pursuant to the Supremacy Clause. On January

STATE OF WASHINGTON'S STIPULATED MOTION AND ORDER RE INTERVENTION UNDER FED. R. CIV. P. 5.1 AND 28 U.S.C. § 2403(b) AND SETTING BRIEFING DEADLINES - 1
(2:25-cv-01922-KKE)

26, 2026, Defendants filed and served notice of the constitutional challenge pursuant to Federal Rule of Civil Procedure 5.1(b) and 28 U.S.C. § 2403(b). Dkt. 23.

Pursuant to 28 U.S.C. § 2403(b), the State "shall [be] permit[ted] . . . to intervene . . . on the question of constitutionality." "Unless the court sets a later time, the attorney general may intervene within 60 days after the notice is filed . . . . Before the time to intervene expires, the court may reject the constitutional challenge, but may not enter a final judgment holding the statute unconstitutional." Fed. R. Civ. P. 5.1(c).

The State is prepared to file its substantive brief in opposition to Defendant's Motion to Dismiss by March 27, 2026. The Parties further stipulate that Defendants be permitted to file a combined reply brief with a word limit of 6,300 addressing the State's brief and Plaintiff's brief by April 10, 2026.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: February 26, 2026

NICHOLAS W. BROWN
Attorney General

*s/ Ben Brysacz*
BEN BRYSACZ, WSBA #54683
Assistant Attorney General

*s/ Robert Hyde*
ROBERT HYDE, WSBA #33593
Assistant Attorney General

*s/ Claire McNamara*
CLAIRE MCNAMARA, WSBA #50097
Assistant Attorney General

Attorneys for Movant State of Washington
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
206-474-7744
ben.brysacz@atg.wa.gov
robert.hyde@atg.wa.gov
claire.mcnamara@atg.wa.gov

STATE OF WASHINGTON'S STIPULATED
MOTION AND ORDER RE INTERVENTION
UNDER FED. R. CIV. P. 5.1 AND
28 U.S.C. § 2403(b) AND SETTING BRIEFING
DEADLINES - 2
(2:25-cv-01922-KKE)

Dated: February 26, 2026

SMITH & DIETRICH LAW OFFICES, PLLC

*s/ Walter Smith (with permission)*
WALTER SMITH, WSBA #46695
1226 State Avenue N.E., Suite 205
Olympia, WA  98506
Telephone:      (360) 915-6952
E-mail:      walter@smithdietrich.com

STRAUSS BORRELLI, PLLC

SAMUEL J. STRAUSS, WSBA #46971
RAINA C. BORRELLI, *pro hac vice* forthcoming
980 N. Michigan Avenue, Suite 1610
Chicago, IL  60611
Tel.: (872) 263-1100
sam@straussborrelli.com
raina@straussborrelli.com

STRANCH, JENNINGS & GARVEY, PLLC

J. GERARD STRANCH, IV, *pro hac vice* forthcoming
MICHAEL C. TACKEFF, *pro hac vice*
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN  37203
Tel.: (615) 254-8801
gstranch@stranchlaw.com
mtackeff@stranchlaw.com

COHENMALAD, LLP

LYNN A. TOOPS, *pro hac vice*
NATALIE A. LYONS, *pro hac vice* forthcoming
IAN R. BENSBERG, *pro hac vice* forthcoming
One Indiana Square, Suite 1400
Indianapolis, IN  46204
Tel.: (317) 636-6481
ltoops@cohenmalad.com
nlyons@cohenmalad.com
ibensberg@cohenmalad.com

*Attorneys for the Plaintiff*

STATE OF WASHINGTON'S STIPULATED
MOTION AND ORDER RE INTERVENTION
UNDER FED. R. CIV. P. 5.1 AND
28 U.S.C. § 2403(b) AND SETTING BRIEFING
DEADLINES - 3
(2:25-cv-01922-KKE)

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
206-464-7744

Dated: February 26, 2026

DAVIS WRIGHT TREMAINE LLP

*s/ Lauren B. Rainwater (with permission)*

LAUREN B. RAINWATER, WSBA #43625
RACHEL HERD, WSBA #50339
CAITLYN C. COURTNEY, WSBA #62344
JOSHUA PECK, WSBA #64328
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
Telephone: 206-622-3150
E-mail: laurenrainwater@dwt.com
E-mail: rachelherd@dwt.com
E-mail: caitlyncourtney@dwt.com
E-mail: joshpeck@dwt.com

*I certify that this memorandum contains 242 words, in compliance with the Local Civil Rules.*

STATE OF WASHINGTON'S STIPULATED
MOTION AND ORDER RE INTERVENTION
UNDER FED. R. CIV. P. 5.1 AND
28 U.S.C. § 2403(b) AND SETTING BRIEFING
DEADLINES - 4
(2:25-cv-01922-KKE)

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. The State of Washington's stipulated motion to intervene (Dkt. No. 27) is GRANTED. The State shall file its opposition to Defendant's motion to dismiss (Dkt. No. 22) no later than March 27, 2026. Defendant shall file a combined reply brief, which shall not exceed 6,300 words, responding to Plaintiff's opposition brief and the State's opposition brief no later than April 10, 2026.

The Clerk is DIRECTED to re-note Defendant's motion to dismiss (Dkt. No. 22) to April 10, 2026.

Dated this 26th day of February, 2026.

*Kymberly K Evanson*

Kymberly K. Evanson
United States District Judge

STATE OF WASHINGTON'S STIPULATED
MOTION AND ORDER RE INTERVENTION
UNDER FED. R. CIV. P. 5.1 AND
28 U.S.C. § 2403(b) AND SETTING BRIEFING
DEADLINES - 5
(2:25-cv-01922-KKE)

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
206-464-7744